UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER MANGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00059-RLY-CSW |
| | ) |
| WABASH EM-I MEDICAL SERVICES, PC, | ) |
| | ) |
| Defendants. | ) |

**ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of this action with prejudice. Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal." *Jenkins v. Vill. of Maywood*, 506 F.3d 622, 624 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself."). The court acknowledges this case is now closed.

**IT IS SO ORDERED** this 13th day of June 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.

1